IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER AMERSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00498-MTT-TQL |
| | * |
| CORNELIA D HALL et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 19, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk